IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL H. POLLACK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. 05-cv-4044-JPG ) |
| CITY OF WEST FRANKFORT, ILLINOIS, A Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant City of West Frankfort, Illinois, and against plaintiff Samuel H. Pollack and that this case is dismissed with prejudice.

**DATED: October 18, 2006**                    **NORBERT JAWORSKI**

                                                                **By: s/Vicki Lynn McGuire**
                                                                **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**